JS - 6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDERSON and CRUZ PLIETEZ, | CASE NO.: SACV11-177-JVS(AJWx) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| AMETEK, INC., and DOES 1 through 10, inclusive, | |
| Defendants. | |

Having considered the joint stipulation and good cause appearing, the Court orders that the above-entitled action be dismissed in its entirety, with prejudice.

DATED: June 2, 2011

_____
Judge, United States District Court